# IN THE UNITED STATE DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KANSAS
# KANSAS CITY KANSAS DIVISION

| | |
|---|---|
| AMINA FARAH and ZOHRA WALIZAD, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No.: 05-CV-2150 MLB/GLR ) |
| SEARS-ROEBUCK & Co., | ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL

COMES NOW Plaintiffs, Amina Farah and Zohra Walizad, by and through counsel, pursuant to Fed.R.Civ.Pro. 41 and stipulate to the dismissal of this matter with prejudice stating:

1. The parties have reached a resolution to all issues now before the Court.

WHEREFORE the parties request the Court dismiss this matter with prejudice, each party bearing their own attorney's fees and costs.

Respectfully Submitted,

*KELLY L. JACKSON, P.A.*

*By: /s/ Kelly Jackson*
Kelly Jackson   KS  #21003
4601 College Blvd., Suite 170
Leawood, KS 66211
(913) 345-8300
Fax: (913) 491-6353
**Attorney for Plaintiffs**

/s/ Charles E. Reis, IV_____
Dennis J. Cassidy, #18584
Charles E. Reis, IV
BROWN & JAMES, P.C.
Attorneys for Defednat
1010 Market Street, 20th Floor
St. Louis, MO 63101
(314)421-3400
(314)421-3128 (fax)
**Attorneys for Defendants**

# IN THE UNITED STATE DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KANSAS
# KANSAS CITY KANSAS DIVISION

| | |
|---|---|
| AMINA FARAH and ZOHRA WALIZAD, ) ) ) | |
| Plaintiffs, ) ) | |
| ) | Case No.: 05-CV-2150 MLB/GLR |
| vs. ) ) | |
| SEARS-ROEBUCK & Co., ) ) | |
| Defendant. ) | |

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on this 17th day of July, 2006 upon the following: Dennis J. Cassidy and Charles E. Ries, IV, Attorneys for Defendant, BROWN & JAMES, 1010 Market St. 20th Floor, St. Louis, MO 63101

        **By: /s/ Kelly Jackson**
        *Kelly Jackson   KS  #21003*
        4601 College Blvd., Suite 170
        Leawood, KS 66211
        (913) 345-8300
        Fax: (913) 491-6353
            Attorney for Plaintiff